UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BETTON,<br><br>               Petitioner,<br><br>     v.<br><br>P.L. VASQUEZ,<br><br>              Respondent. | CASE NO. CV 14-2236-AG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED:   April 11, 2014.


                                            ANDREW J. GUILFORD
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Betton-Judgment.wpd